Opinion by Willson, J.

## CAROTHERS VS. WILKERSON.

Appeal from Milam county.

*Attachment—Replevin Bond. — Effect of.*—Under our presen · statutes the execution, by the defendant in attachment, of a replevin bond absolutely releases the property levied upon from the lien and custody of the law, and restores him to his right of perfect control over or disposition of it, as though it had never been subject to the lien.

After a replevin bond has been given, a judgment foreclosing the attachment lien and a sale thereunder, will confer no title as against a purchaser from the defendant in attachment.

Opinion by White, P. J.